| PROB 22 (TXN 10/05) | | | CASE NUMBER (TRANS. COURT) 3:04-CR-350-H(01) |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | FILED JUL 1 8 2008 PAMELA E. ROBINSON, CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS | CASE NUMBER (REC. COURT) 08-10060 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE Jacquelyn Stubbs | DISTRICT Northern District of Texas | DIVISION Dallas |
|---|---|---|
| | NAME OF SENTENCING JUDGE Barefoot Sanders | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM June 27, 2008 | TO June 26, 2012 |

OFFENSE
Possession with Intent to Distribute Methamphetamine

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. DISTRICT COURT FOR THE **NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Central District Of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/9/08
Date

s/U.S. District Judge

U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE **CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/18/2008
Effective Date

s/ Joe B. McDade
U.S. District Judge