E-FILED
Monday, 21 July, 2008  10:21:16 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

July 21, 2008

U.S. District Clerk's Office
1100 Commerce Street
Room 1452
Dallas, TX 75242

RE: USA V. Jacquelyn Stubbs
CASE NO. PEORIA IL: 08-10060

Dear Sir:

Pursuant to the executed Transfer of Jurisdiction filed in this office on 7/18/08, enclosed please find an original Transfer of Jurisdiction Prob 22 form. To complete our file we would like to request certified copies of:

1. Information and or Indictment

2. Judgment and Commitment Order

3. Docket Sheet

4. Any Financial Ledgers and or Balances

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the envelope provided.

Very truly yours,

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT

By: s/ S. Marvel
Deputy Clerk

Enclosure(s)
PER/sm