1:08-cr-10060-JBM-JAG   # 3   Page 1 of 18
Case 3:04-cr-00350-H   Document 41   Filed 07/24/2008   Page 1 of 1
E-FILED
Tuesday, 29 July, 2008 11:28:02 AM
Clerk, U.S. District Court, ILCD

| PROB 22 (TXN 10/05) | TRANSFER OF JURISDICTION | RECEIVED U.S. PROBATION DALLAS TX 2008 JUL 11 AM 10: 14 | CASE NUMBER (TRANS. COURT) 3:04-CR-350-H(01) |
|---|---|---|---|
| | | | CASE NUMBER (REC. COURT) 08-10060 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE  Jacquelyn Stubbs  FILED  JUL 18 2008  PAMELA E. ROBINSON, CLERK  U.S. DISTRICT COURT  CENTRAL DISTRICT OF ILLINOIS | DISTRICT Northern District of Texas | | DIVISION Dallas |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Barefoot Sanders | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM June 27, 2008 | TO June 26, 2012 |

OFFENSE
Possession with Intent to Distribute Methamphetamine

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. DISTRICT COURT FOR THE **NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Central District Of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

s/District Judge

7/9/08
Date

U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE **CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Certified a true copy of an instrument on file in my office on 7/25/08
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

7/18/2008
Effective Date

s/ Joe B. McDade
U.S. District Judge

CLOSED, SANDERSON

## U.S. District Court
## Northern District of Texas (Dallas)
## CRIMINAL DOCKET FOR CASE #: 3:04-cr-00350-H All Defendants
## Internal Use Only

Case title: USA v. Stubbs

Date Filed: 11/16/2004
Date Terminated: 07/14/2005

Assigned to: Senior Judge Barefoot Sanders

**Defendant (1)**

**Jacquelyn Stubbs**
*TERMINATED: 07/14/2005*

represented by  **Carlton C McLarty**
Federal Public Defender - Dallas
525 Griffin St
Suite 629
Dallas, TX 75202
214/767-2746
Fax: 214/767-2886 FAX
Email: carlton_mclarty@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

Certified a true copy of an instrument on file in my office on 7/25/08
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

**Pending Counts**

21:841(a)(1) and 841(b)(1)(B)
POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE
(1)

**Disposition**

Dft sentenced to the custody of the BOP for a term of 51 months. This term shall be served concurrently with the sentences imposed in State Cases #F-0425128 and MA0425130. A four year term of supervised release to follow. MSA 100.00.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

| | |
|---|---|
| 18:924(c)(1)(A) POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (2) | Dismissed on government's motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Jordan Andrew Konig**<br>US Attorney's Office - Dallas<br>1100 Commerce St<br>3rd Floor<br>Dallas, TX 75242<br>214/659-8708<br>Email: jordan.konig@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2004 | 1 | INDICTMENT as to Jacquelyn Stubbs (1) count(s) 1, 2. (jyg, ) (Entered: 11/18/2004) |
| 11/16/2004 | 2 | Arrest Warrant Issued as to Jacquelyn Stubbs. (jyg, ) (Entered: 11/18/2004) |
| 11/16/2004 | | ***Magistrate Judge William F Sanderson Jr chosen by random selection to handle matters that may be referred in case as to Jacquelyn Stubbs (jyg, ) (Entered: 11/18/2004) |
| 11/23/2004 | 3 | APPLICATION FOR WRIT OF HABEAS CORPUS, ORDER, AND WRIT ISSUED as to Jacquelyn Stubbs to Appear on Nov 30, 2004 at 9:00 am for Initial Appearance. Issued Writ of Habeas Corpus Ad Prosequendum. (Signed by Judge Barefoot Sanders on Nov 23, 2004) (jyg, ) (Entered: 11/23/2004) |
| 12/01/2004 | 4 | Minute Entry for proceedings held before Judge Jeff Kaplan : Initial Appearance as to Jacquelyn Stubbs held on Dec 1, 2004. (Court Reporter Randy Wilson.) (jyg, ) (Entered: 12/02/2004) |
| 12/01/2004 | | Arrest of Jacquelyn Stubbs (jyg, ) (Entered: 12/02/2004) |
| 12/01/2004 | 5 | CJA 23 Financial Affidavit by Jacquelyn Stubbs (jyg, ) (Entered: 12/02/2004) |

| | | |
|---|---|---|
| 12/01/2004 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jacquelyn Stubbs. Carlton C McLarty for Jacquelyn Stubbs appointed. (Signed by Judge Jeff Kaplan on Dec 1, 2004) (jyg, ) (Entered: 12/02/2004) |
| 12/01/2004 | 7 | MOTION for Pretrial Detention by USA as to Jacquelyn Stubbs (jyg, ) (Entered: 12/02/2004) |
| 12/01/2004 | 8 | ORDER Setting Conditions of Release as to Jacquelyn Stubbs (1) Dft is appearing pursuant to a Writ of Habeas Corpus Ad Prosequendum and is hereby returned to state custody without bail. (Signed by Judge Jeff Kaplan on Dec 1, 2004) (jyg, ) (Entered: 12/02/2004) |
| 12/01/2004 | 9 | NOTICE OF HEARING as to Jacquelyn Stubbs : Arraignment set for 12/9/2004 09:30 AM before Judge Barefoot Sanders. (jyg, ) (Entered: 12/02/2004) |
| 12/02/2004 | 10 | NOTICE OF ATTORNEY APPEARANCE by Carlton C McLarty appearing for Jacquelyn Stubbs (jyg, ) (Entered: 12/02/2004) |
| 12/09/2004 | 11 | Minute Entry for proceedings held before Judge Barefoot Sanders : Arraignment as to Jacquelyn Stubbs (1) Count 1,2 held on Dec 9, 2004. Plea entered by Jacquelyn Stubbs : Not Guilty on counts 1 and 2. (Court Reporter Randy Wilson.) (jyg, ) (Entered: 12/09/2004) |
| 12/09/2004 | 12 | SCHEDULING ORDER as to Jacquelyn Stubbs : Jury Trial set for 2/7/2005 09:00 AM before Judge Barefoot Sanders. Motions due by 12/27/2004. Pretrial Materials due by 1/24/2005. Responses due by 1/4/2005 (Signed by Judge Barefoot Sanders on Dec 9, 2004) (jyg, ) (Entered: 12/09/2004) |
| 01/21/2005 | 13 | Unopposed First MOTION to Continue by Jacquelyn Stubbs (jyg, ) (Entered: 01/21/2005) |
| 01/21/2005 | 14 | ORDER granting 13 Motion to Continue as to Jacquelyn Stubbs (1) Jury Trial reset for 3/7/2005 09:00 AM before Judge Barefoot Sanders. Motions due by 2/14/2005. Pretrial Materials due by 2/25/2005. Responses due by 2/18/2005 (Signed by Judge Barefoot Sanders on Jan 21, 2005) (jyg, ) (Entered: 01/24/2005) |
| 02/25/2005 | 15 | Unopposed Second MOTION to Continue by Jacquelyn Stubbs (jyg, ) (Entered: 02/28/2005) |
| 02/28/2005 | 16 | ORDER granting 15 Unopposed Second Motion to Continue as to Jacquelyn Stubbs (1) Jury Trial reset for 4/4/2005 09:00 AM before Judge Barefoot Sanders. Motions due by 3/14/2005. Pretrial Materials due by 3/21/2005. Responses due by 3/18/2005 (Signed by Judge Barefoot Sanders on Feb 28, 2005) (jyg, ) (Entered: 02/28/2005) |
| 03/16/2005 | 17 | Factual Resume as to Jacquelyn Stubbs (vdf) (Entered: 03/18/2005) |
| 03/16/2005 | 18 | PLEA AGREEMENT as to Jacquelyn Stubbs (vdf) (Entered: 03/18/2005) |
| 03/17/2005 | 19 | ORDER as to Jacquelyn Stubbs: Rearraignment set for 3/24/2005 09:30 AM before Judge Barefoot Sanders. (Signed by Judge Barefoot Sanders on 3/17/2005) (vdf) (Entered: 03/18/2005) |

| | | |
|---|---|---|
| 03/24/2005 | 20 | Minute Entry for proceedings held before Judge Paul D Stickney : Rearraignment Hearing as to Jacquelyn Stubbs held on 3/24/05., Plea entered by Jacquelyn Stubbs (1) Guilty Count 1. Set/Reset Sentencing Scheduling Order Deadlines as to Jacquelyn Stubbs: Presentence Investigation Report due by 5/12/2005. Sentencing set for 6/23/2005 09:30 AM before Judge Barefoot Sanders. (Court Reporter Shawnie Archuleta.) (klm, ) (Entered: 03/25/2005) |
| 03/24/2005 | 21 | NOTICE REGARDING ENTRY OF A PLEA OF GUILTY as to Jacquelyn Stubbs (klm, ) (Entered: 03/25/2005) |
| 03/24/2005 | 22 | ORDER as to Jacquelyn Stubbs: REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY...plea of guilty is accepted, and that defendant be adjudged guilty and have sentence imposed accordingly. (Signed by Judge Paul D Stickney on 3/24/05) (klm, ) (Entered: 03/25/2005) |
| 03/24/2005 | 23 | Sentencing Scheduling Order as to Jacquelyn Stubbs: Presentence Investigation Report due by 5/12/2005. Objections to Presentence Investigation Report due by 5/26/2005. Presentence Investigation Addendum due by 6/9/2005. Objections to Presentence Investigation Addendum due by 6/16/2005. Sentencing set for 6/23/2005 09:30 AM before Judge Barefoot Sanders. (Signed by Judge Barefoot Sanders on 3/24/05) (klm, ) (Entered: 03/25/2005) |
| 04/06/2005 | 24 | ORDER Accepting Report and Recommendation of the United States Magistrate Judge Concerning Plea of Guilty 22 REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY...plea of guilty is accepted, and that defendant be adjudged guilty and have sentence imposed accordingly. (Signed by Judge Barefoot Sanders on 4/6/2005) (kdc, ) (Entered: 04/06/2005) |
| 05/25/2005 | 25 | *SEALED* Sealed Document (jyg, ) (Entered: 05/26/2005) |
| 05/25/2005 | 26 | *SEALED* Sealed Document (jyg, ) (Entered: 05/26/2005) |
| 05/25/2005 | 27 | MOTION to Decrease Offense Level Pursuant to USSG Section 3E1.1(b) by USA as to Jacquelyn Stubbs (jyg, ) (Entered: 05/26/2005) |
| 05/25/2005 | 28 | *SEALED* Sealed Document (jyg, ) (Entered: 05/26/2005) |
| 06/23/2005 | 29 | ORDER as to Jacquelyn Stubbs: On the Court's own motion, sentencing is postponed from 6/23/05. Sentencing reset for 7/14/2005 09:30 AM before Judge Barefoot Sanders. (Signed by Judge Barefoot Sanders on June 23, 2005) (jyg, ) (Entered: 06/24/2005) |
| 06/28/2005 | 30 | *SEALED* Sealed Document (jyg, ) (Entered: 06/29/2005) |
| 06/28/2005 | 31 | *SEALED* Sealed Document (jyg, ) (Entered: 06/29/2005) |
| 06/28/2005 | 32 | *SEALED* Sealed Document (jyg, ) (Entered: 06/29/2005) |
| 07/12/2005 | 33 | *SEALED* Sealed Document (jyg, ) (Entered: 07/13/2005) |
| 07/12/2005 | 34 | *SEALED* Sealed Document (jyg, ) (Entered: 07/13/2005) |
| 07/12/2005 | 35 | *SEALED* Sealed Document (jyg, ) (Entered: 07/13/2005) |

| 07/14/2005 | 36 | Minute Entry for proceedings held before Judge Barefoot Sanders : Sentencing held on 7/14/2005 for Jacquelyn Stubbs (1), Count(s) 1, Dft sentenced to the custody of the BOP for a term of 51 months with a four year term of supervised release to follow. MSA 100.00; Count(s) 2, Dismissed on government's motion. (Court Reporter Shawnie Archuleta.) (jyg, ) (Entered: 07/14/2005) |
|---|---|---|
| 07/14/2005 | 37 | JUDGMENT Jacquelyn Stubbs (1), Count(s) 1, Dft sentenced to the custody of the BOP for a term of 51 months. This term shall be served concurrently with the sentences imposed in State Cases #F-0425128 and MA0425130. A four year term of supervised release to follow. MSA 100.00; Count(s) 2, Dismissed on government's motion (Signed by Judge Barefoot Sanders on July 14, 2005) (jyg, ) (Entered: 07/15/2005) |
| 07/18/2005 | 38 | *SEALED* Arrest Warrant Returned Unexecuted due to issuance of Writ of Habeas Corpus on 11/23/04 and J&C on 7/14/05 in case as to Jacquelyn Stubbs. (jyg, ) (Entered: 07/19/2005) |
| 10/06/2005 | 39 | Judgment Returned Executed as to Jacquelyn Stubbs on September 27, 2005 to FCI Tallahassee, FLA. (jyg, ) Additional attachment(s) added on 10/7/2005 (jyg, ). (Entered: 10/07/2005) |
| 07/09/2008 | 40 | ORDER/Request on Offender Under Supervision as to Jacquelyn Stubbs: The court agrees with the recommendation of the probation officer. (Signed by Judge David C Godbey on 07/09/08) (lmp) (Entered: 07/11/2008) |
| 07/24/2008 | 41 | ORDER TRANSFERRING PROBATION JURISDICTION as to Jacquelyn Stubbs pursuant to 18 USC 3605 with the records of transferring court to the US District Court for Central District of Illinois, Peoria Division from Northern District of Texas, Dallas Division upon order accepting jurisdiction. Case number in other district: 08-10060. (Signed by Judge David C Godbey on 7/9/08) (svc) (Entered: 07/25/2008) |
| 07/25/2008 |  | (Court only) CC of indicment, judgment and docket sheet sent to USDC-Central District of Illinois. (jrb) (Entered: 07/25/2008) |



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | |
| JACQUELYN STUBBS | § | |

INDICTMENT    **3-04CR   350H**

The Grand Jury Charges:

### Count One
Possession of Methamphetamine with Intent to Distribute
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B))

On or about October 16, 2004, in the Dallas Division of the Northern District of Texas, defendant, **Jacquelyn Stubbs**, did knowingly and intentionally possess with intent to distribute approximately 119.06 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

Indictment - Page 1

Certified a true copy of an instrument
on file in my office on _____
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

<u>Count Two</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A))

On or about October 16, 2004, in the Dallas Division of the Northern District of Texas, defendant, **Jacquelyn Stubbs**, did knowingly possess a firearm, to wit: a Raven, model MP-25, .25 caliber semi-automatic pistol, bearing serial number 795222, in furtherance of the commission of a drug trafficking crime, namely: the knowing and intentional possession with intent to distribute approximately 119.06 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), for which the defendant may be prosecuted in a court of the United States.

In violation of 18 U.S.C. § 924(c)(1)(A).



s/ Foreperson

**FOREPERSON**

RICHARD B. ROPER
UNITED STATES ATTORNEY

s/ Attorney

JORDAN A. KONIG
Special Assistant United States Attorney
New York State Bar No. 4047122 (JK-2086)
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242
Telephone: 214.659.8708
Facsimile: 214.767.4100

Indictment - Page 3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding Indictment: ☐ Yes ☐ No    New Defendant: ☐ Yes ☐ No

1. **Defendant Information**

   Pending CR Case in NDTX: ☐ Yes ☐ No    If Yes, number: _____

   Search Warrant Case Number _____

   Juvenile: ☐ Yes ☒ No

   R 20 from District of _____    **3-04CR    350H**

   If Yes, Matter to be sealed:

   Magistrate Case Number _____

   ☐ Yes ☐ No

   Defendant Name    JACQUELYN STUBBS

   Alias Name    _____

   Address    _____
   _____

   RECEIVED
   [stamp] 6 200_
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

   County in which offense was committed:    Dallas

2. **U.S. Attorney Information**

   SAUSA JORDAN A. KONIG    New York Bar # 4047122 (JK-2086)

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect:

4. **Location Status**

   Arrest Date - Issue Arrest Warrant

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2    ☐ Petty    ☐ Misdemeanor    ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) | Possession of Methamphetamine with Intent to Distribute | 1 |
   | Title 18 U.S.C. § 924(c)(1)(A) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 2 |

   s/ Attorney

Date : November 16, 2004    Signature of SAUSA:
   JORDAN A. KONIG

%AO 245B    (Rev. 12/03) Judgment in a Criminal Case
Sheet 1    TXND Mod - 09/28/04

## UNITED STATES DISTRICT COURT

ORIGINAL

Northern District of Texas - Dallas Division

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 14 2005

CLERK, U.S. DISTRICT COURT
By _____ Deputy**

UNITED STATES OF AMERICA
V.
**JACQUELYN STUBBS**

JUDGMENT IN A CRIMINAL CASE

Case Number: **3:04-CR-350-H (01)**

USM Number: **32757-177**

**Carlton McLarty, Assistant Federal Public Defender**
Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☑ pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court.  **Count 1 of the Indictment filed on November 16, 2004.**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC § 841(a)(1) & (b)(1)(B) | Possession With Intent to Distribute Methamphetamine | October 16, 2004 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s) **Count 2 of the Indictment filed on November 16, 2004**    ☑ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**July 14, 2005**
Date of Imposition of Judgment

s/ US District Judge
Signature of Judge

**BAREFOOT SANDERS
SENIOR UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**July 14, 2005**
Date

Certified a true copy of an instrument on file in my office on 9/25/08
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

AO 245B   (Rev. 12/03) Judgment in Criminal Case
          Sheet 2 — Imprisonment   TXND Mod - 9/28/04

Judgment — Page __2__ of __6__

DEFENDANT: **JACQUELYN STUBBS**
CASE NUMBER: **3:04-CR-350-H (01)**

## IMPRISONMENT

Pursuant to the Sentencing Reform Act of 1984, but taking the Guidelines as advisory pursuant to United States v. Booker, and considering the factors set forth in 18 U.S.C. Section 3553(a), the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FIFTY-ONE (51) Months. This term shall be served concurrently with the sentences imposed in State Case Nos. F-0425128 and MA0425130, pursuant to USSG § 5G1.3(c).**

**The defendant shall receive credit for time served in state custody on the sentences imposed in F-0425128 and MA0425130, prior to sentencing in this case.**

[✓] The court makes the following recommendations to the Bureau of Prisons:
  **The Court strongly recommends that defendant be allowed to participate in the 500 Hour Comprehensive Drug Treatment Program, if eligible. Additionally, the defendant requests incarceration at FCI Greenville, Greenville, Illinois; the Court so recommends.**

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
  [ ] at _____ [ ] a.m. [ ] p.m. on _____ .
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before _____ on _____ .
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
a _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

DEFENDANT: **JACQUELYN STUBBS**
CASE NUMBER: **3:04-CR-350-H (01)**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **FOUR (4) Years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

Judgment—Page **4** of **6**

DEFENDANT: **JACQUELYN STUBBS**
CASE NUMBER: **3:04-CR-350-H (01)**

# SPECIAL CONDITIONS OF SUPERVISION

**The defendant shall cooperate in the collection of DNA as directed by the U.S. Probation Officer, as authorized by the Justice for All Act of 2004.**

**The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $20.00 per month.**

**The defendant shall refrain from incurring new credit charges or opening additional lines of credit without approval of the U.S. Probation Officer.**

**The defendant shall provide to the U.S. Probation Officer any requested financial information.**

**The defendant shall not incur any new debts without prior approval of the U.S. Probation Officer.**

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
         Sheet 5 — Criminal Monetary Penalties   TXND Mod 2 - 09/28/04

Judgment — Page __5__ of __6__

DEFENDANT: **JACQUELYN STUBBS**
CASE NUMBER: **3:04-CR-350-H (01)**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|          | **Assessment** | **Fine** | **Restitution** |
|----------|----------------|----------|-----------------|
| **TOTALS** | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution), payable to the U.S. District Clerk to be disbursed to the following payee(s) in the amount(s) listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|
|   |   |   |

**TOTALS**                                        $ _____

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
  ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.
  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
          Sheet 6 — Schedule of Payments   TXND Mod 1 - 09/28/04

Judgment — Page __6__ of __6__

DEFENDANT: **JACQUELYN STUBBS**
CASE NUMBER: **3:04-CR-350-H (01)**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☐  Lump sum payment of $ _____ due immediately, balance due

   ☐ not later than _____, or
   ☐ in accordance   ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:
       **It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which shall be due immediately.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the U.S. District Clerk, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States: See Sheet 6B.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# CLOSED

**CASE NUMBER: 3:04-CR-350-H**

**DATE: July 14, 2005**

**TRIAL:   YES_____   NO___X____**